GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932
(973) 360-7900
(973) 301-8410 (fax)
Philip R. Sellinger
Todd L. Schleifstein

Attorneys for Defendants
Cellco Partnership d/b/a Verizon Wireless,
Ryan Broomes, Jorge Velez, Anthony Fiocco,
and Bruno Pavlicek

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN TOUCH CONCEPTS, INC., d/b/a ZCOM,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　- against -<br><br>CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, *et al.*,<br><br>　　　　　　　　　　Defendants. | 12 Civ. 542 (PGS) (TJB)<br><br><br><br>**NOTICE OF MOTION**<br><br><br>**Oral Argument Requested** |

TO:　Michael W. Kennedy, Esq.　　　　　ARTHUR RUSSELL, ESQ.
　　　THE LAW FIRM OF RAVI BATRA　　661 Franklin Avenue
　　　The Batra Building　　　　　　　　　Nutley, New Jersey 07110
　　　142 Lexington Avenue　　　　　　　Attorney for Defendant
　　　New York, New York 10016　　　　　　Ajay Bhumitra
　　　Attorneys for Plaintiff

　　　Leonard F. Lesser, Esq.　　　　　　　Jeremy D. Frey, Esq.
　　　SIMON LESSER PC　　　　　　　　PEPPER HAMILTON LLP
　　　420 Lexington Avenue　　　　　　　3000 Two Logan Square
　　　New York, New York 10170　　　　　18th & Arch Streets
　　　Attorneys for Defendants　　　　　　Philadelphia, Pennsylvania 19103
　　　　Shelly Bhumitra and　　　　　　　Attorneys for Defendant
　　　　Poonam Sawhney　　　　　　　　　Thomas Varghese

PLEASE TAKE NOTICE that, on September 4, 2012, defendants Cellco Partnership d/b/a Verizon Wireless, Ryan Broomes, Jorge Valez, Anthony Fiocco and Bruno Pavlicek (collectively, the "VZW Defendants") shall move before the Honorable Peter G. Sheridan at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building and U.S. Courthouse, Courtroom 7W, Trenton, New Jersey 08608, for an order, pursuant to Fed. R. Civ. P. 12(b)(6), dismissing the First Amended Complaint of Plaintiff In Touch Concepts, Inc., d/b/a/ ZCom for failure to state a claim upon which relief can be granted.

PLEASE TAKE FURTHER NOTICE that in support of their motion, the VZW Defendants will rely upon the Brief submitted herewith.

PLEASE TAKE FURTHER NOTICE that a proposed form of Order is submitted herewith.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Civil Rule 78.1(b), the VZW Defendants request oral argument on their motion.

/s/  Philip R. Sellinger
Philip R. Sellinger
GREENBERG TRAURIG, LLP
200 Park Avenue
Florham Park, New Jersey 07932
Telephone: (973) 360-7900
Facsimile: (973) 301-8410

Attorneys for Defendants
Cellco Partnership d/b/a Verizon Wireless,
Ryan Broomes, Jorge Velez, Anthony Fiocco,
and Bruno Pavlicek

Dated:  June 22, 2012