Arthur Russell
*Attorney for Defendant Ajay Bhumitra*
661 Franklin Avenue
Nutley, New Jersey 07110
(973) 661 4545
arthur@attorneyrussell.com

**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY**

---------------------------------------------------------------X
IN TOUCH CONCEPTS, INC. d/b/a ZCOM,

                                        Plaintiff,

           – against –

CELLCO PARTNERSHIP d/b/a VERIZON
WIRELESS, *et al.*

                                      Defendants.
---------------------------------------------------------------X

Index No. 12-CV-00542
(PGS)(TJB)

**CERTIFICATE OF SERVICE**

      I certify that on June 22, 2012, true and correct copies of (a) Defendant Ajay Bhumitra's Notice of Motion and Memorandum of Law In Support of His Motion to Dismiss the Claims Asserted Against Him By In Touch Concepts, Inc. Pursuant To F.R.C.P. 12(b)(2), 12(b)(3), 12(b)(6), 28 U.S.C. §1391 and 28 U.S.C. §1406, and (b) Affidavit of David C. Berg, Esq. and Exhibits A-H thereto, were served by ECF on all parties of record.

Dated: June 22, 2012

                                                                       Arthur Russell, Esq.