# THE LAW FIRM OF



# RAVI BATRA

**THE BATRA BUILDING**  
**142 LEXINGTON AVE.**  
**NEW YORK, NEW YORK 10016**  
**212-545-1993**

RAVI@RAVIBATRALAW.COM  
FAX: 212-545-0967

July 27, 2012

**Via ECF**
Hon. Peter G. Sheridan
United States District Court
Clarkson S. Fisher Federal Building & United States Courthouse
402 East State Street
Trenton, NJ 08608

Re: *In Touch Concepts, Inc. v. Cellco Partnership, et. al.*, 12 Civ. 00542 (PGS) (TJB)

Dear Respected Judge Sheridan:

We represent plaintiff In Touch Concepts, Inc.

We are responding to 4 different motions to dismiss the amended complaint in the above referenced matter, with our opposition papers due to be filed via ECF on Monday, July 30, 2012.

In an effort to minimize the burden on the Court, while maximizing efficiency, we intend to oppose the 4 separate motions with a single brief. It is accordingly respectfully requested that, pursuant to L. Civ. R. 7.2(b), we be permitted to submit a single oversize brief, of not more than 60 pages, (exclusive of Tables of Contents and Authorities), in opposition to all four motions.

We thank the Court for its consideration.

Respectfully submitted,
/s/ *Michael W. Kennedy*
Michael W. Kennedy

cc (via ECF):
    All appeared counsel

ITC\072712JSheridanoversizeltr