```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
                        Minute of Proceeding
```

OFFICE:    Trenton

JUDGE PETER G. SHERIDAN                    Date: February 19, 2013

Court Reporter: FRANK GABLE

TITLE OF CASE:                             CIVIL 12-542 (PGS)
In Touch Concepts, Inc.
   vs.
Verizon Communications Inc. et al

APPEARANCES:
Michael W. Kennedy, Esq for Plaintiff

David Jay, Esq for Defendants Cellco Partnership, Anthony Fiocco and Bruno Pavlicek

Philip R. Sellinger, Esq for Defendants Jorge Velez, Bell Atlantic Mobile Systems, Inc. and Ryan Broomes

Jeremy D. Frey and William Gibson, Esq for Tom Verghese

Arthur D. Russell, Esq for Defendant Ajay Bhumitra

Andrew Wayne Dean and Defendants Shelly Bhumitra and Poonam Sawnhey
NATURE OF PROCEEDINGS:
Telephone conference held.

Hearing on motion (42) by Defendants Ryan Broomes, Cello Partnership, Anthony Fiocco, Bruno Pavlicek, Jorge Velez to Dismiss Plaintiff's First Amended Complaint.
Ordered motion reserved.

Hearing on motion (46) by Defendant Tom Verghese to Dismiss and to Strike.
Ordered motion reserved.

Hearing on motion (47) by Defendant Shelly Bhumitra to Dismiss Amended Complaint Against defendants Shelly Bhumitra and Poonem Sawnhey
Ordered motion reserved.

Hearing on motion (48) by Defendant Ajay Bhumitra to Dismiss.
Ordered motion reserved.


TIME COMMENCED: 3:30 p.m.                  S/Dolores J. Hicks
TIME ADJOURNED: 5:00 p.m.                       Deputy Clerk
TOTAL TIME:     1:30