```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-19-13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
IN TOUCH CONCEPTS, INC.,

                        Plaintiff,                  13 Civ. 1419 (PKC)

    -against-

                                               ORDER

CELLCO PARTNERSHIP, et al.,

                      Defendants.
----------------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

        For each pending motion in the case, the moving party shall submit all documents in support and opposition to my chambers within seven (7) days of this Order.

        SO ORDERED.

                                                           P. Kevin Castel
                                                   United States District Judge

Dated: New York, New York
         March 18, 2013