```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-19-13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN TOUCH CONCEPTS, INC.,

                       Plaintiff,                   13 Civ. 1419 (PKC)

    -against-

                                              ORDER

CELLCO PARTNERSHIP, et al.,

                    Defendants.
-----------------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

        Plaintiff shall submit a courtesy copy of the amended complaint with all attachments to my chambers within seven (7) days of this Order.

        SO ORDERED.

                                                      P. Kevin Castel
                                          United States District Judge

Dated: New York, New York
       March 19, 2013