UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
IN TOUCH CONCEPTS, INC.,

USDS SDNY
DOCUMENT
ELECTRONICALLY
DOC #:
DATE FILED: 3/20/13

                           Plaintiff,                           13 Civ. 1419 (PKC)

        -against-                                               ORDER

CELLCO PARTNERSHIP, et al.,

                           Defendants.
-------------------------------------------------------------------x
P. KEVIN CASTEL, District Judge:

          On January 3, 2012, some of the above-listed defendants filed a notice of removal

pursuant to the Class Action Fairness Act ("CAFA"), 28 U.S.C. § 1332(d).  (Docket No. 1.)  The

notice of removal states that the Court has supplemental jurisdiction, pursuant to 28 U.S.C. §

1367, over claims that formed part of the same case or controversy.  Plaintiff's amended

complaint "withdrew the class action claims."  (Pl. Mem. at 52; see also First Am. Compl.)

Providing a cursory analysis of the issue, plaintiff's brief in opposition to the pending motions to

dismiss asserts that the Court still has subject matter jurisdiction over its state law claims.  (Pl.

Mem. at 52-53.)  Within fourteen (14) days of this Order, the parties shall submit simultaneous

letter briefs addressing: 1) whether the Court continues to have subject matter jurisdiction in this

case; and 2) assuming the Court has subject matter jurisdiction, whether the Court must exercise

supplemental jurisdiction over plaintiff's remaining state law claims.

          SO ORDERED.

                                                    _____
                                                    P. Kevin Castel
                                                    United States District Judge

Dated: New York, New York
       March 20, 2013