# SIMON■LESSER PC

Leonard F. Lesser
212.599.0360
llesser@simonlesser.com

Simon■Lesser PC
Counsellors at Law
420 Lexington Avenue
New York, New York 10170
T: 212.599.5455
F: 212.599.5459

**MEMO ENDORSED**

March 21, 2013

*Conference adjourned from April 10 to April 15, 2013 at 12:00 p.m.*

*SO ORDERED*
*[signature] USDJ 3-26-13*

**By Fax: 212.805.7949**

Chambers of Hon. P. Kevin Castel
United States District Judge
United States District Court, S.D.N.Y.
500 Pearl Street
New York, New York 10007

Re:   *In Touch Concepts, Inc., d/b/a Zcom v. Cellco Partnership d/b/a Verizon Wireless et al.*, 13-cv-1419 (PKC)  , 13 cv 1418

Dear Judge Castel:

We represent defendants Shelly Bhumitra and Poonam Sawnhey in the above referenced action.

In accordance with Rule 1(C) of Your Honor's Individual Practices, we write to request a brief adjournment of the Initial Pretrial Conference in this case and the related 13-cv-1418 matter, currently scheduled for April 10, 2013 at 11:30 a.m.

The reason for the request is that both me and my associate Andrew Dean will be on trial on April 10, 2013 before Judge Leonard D. Wexler in the Eastern District of New York in the matter *Emerson Electric Co. v. Asset Management Associates of New York, Inc.*, 08-cv-01489 (E.D.N.Y.).

I have reached out to counsel for all parties who consent to this request. All parties have indicated availability the following week on April 15, April 18 (in the afternoon), and April 19.

There have been no prior requests for adjournment of the Initial Pretrial Conference in this matter.

Respectfully submitted,

[signature]
Leonard F. Lesser

cc: All counsel of Record (by e-mail)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-26-13
```