```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-10-13
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CELLCO PARTNERSHIP,

                            Plaintiff,                    13 Civ. 1418 (PKC)

                         -against-

IN TOUCH CONCEPTS, INC.,                              ORDER

                            Defendant.
-----------------------------------------------------------x
IN TOUCH CONCEPTS, INC.,

                            Plaintiff,                    13 Civ. 1419 (PKC)

                         -against-

CELLCO PARTNERSHIP, et al.,

                            Defendants.
-----------------------------------------------------------x

P. KEVIN CASTEL, District Judge:

       The initial pretrial conference scheduled for Monday, April 15, 2013 is VACATED.

       SO ORDERED.

                                                               _____
                                                                  P. Kevin Castel
                                                             United States District Judge

Dated: New York, New York
       April 10, 2013