**Pepper Hamilton LLP**
Attorneys at Law
A Pennsylvania Limited Liability Partnership

Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
609.452.0808
Fax 609.452.1147

Michael J. Mann
Partner-in-Charge, Princeton Office

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE DOCKETED: 6/4/13

William Gibson
direct dial:  609.951.4141
direct fax:  866.422.3552
gibsonw@pepperlaw.com

April 3, 2013

**Via Fax (212-805-7949) and First Class Mail**

Hon. P. Kevin Castel, U.S.D.J.
U.S. District Court for the Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007

> Re:   InTouch Concepts, Inc. v. Verizon Communications Inc., et al.
>        13-cv-01419 (PKC)

Dear Judge Castel:

This Firm represents defendant Thomas Varghese in the above case. We join in the arguments made by co-defendant Cellco Partnership d/b/a Verizon Wireless in its April 3, 2013 letter brief to Your Honor regarding jurisdiction issues.

Please do not hesitate to contact me if you have any questions or comments.

Respectfully,

Jeremy D. Frey
William Gibson (pro hac vice application pending)

WG
cc:    Ravi Batra, Esq. (via fax: 212-545-0967)
       Phillip R. Sellinger, Esq. (via fax: 973-301-7910)
       David C. Berg, Esq. (via fax: 212-829-9398)
       Leonard F. Lesser, Esq. (via fax: 212-599-5459)

| Philadelphia | Boston | Washington, D.C. | Detroit | New York | Pittsburgh |
| --- | --- | --- | --- | --- | --- |
| Berwyn | Harrisburg | Orange County | Princeton | Wilmington | |