THE LAW FIRM OF RAVI BATRA, P.C.
*Attorneys for Plaintiff In Touch Concepts, Inc. d/b/a Zcom*
The Batra Building
142 Lexington Avenue
New York, NY 10016
Ravi Batra, Esq. (RB 4299)
(212) 545-1993
(212) 545-0967 (fax)
E-Mail: ravi@ravibatralaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN TOUCH CONCEPTS, INC., d/b/a ZCOM, *Plaintiff,* -against- CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS, TOM VERGHESE, RYAN BROOMES, JORGE VELEZ, ANTHONY FIOCCO, BRUNO PAVLICEK, AJAY BHUMITRA, SHELLY BHUMITRA, POONAM SAWNHEY; and, JOHN/JANE DOE CELLCO PARTNERSHIP d/b/a VERIZON WIRELESS PERSONNEL ## 1-10, so named as their identities have yet to be established, *Defendants.* | **Civil Action Number:** **13 CV 1419 (PKC)** |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law and upon the prior papers and proceedings herein, the plaintiff **IN TOUCH CONCEPTS, INC., d/b/a ZCOM,** by its attorneys **THE LAW FIRM OF RAVI BATRA, P.C.** will move this Court, United States District Judge P. Kevin Castel, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street,

1

New York, NY 10007, Courtroom 12C, on at a return date to be established by Order of the Court and pursuant to the Individual Practices of Judge Castel for (a) an Order pursuant to Fed. R. Civ. P. 54(b), Fed. R. Civ. P. 60(b) and L. Civ. R. 6.3, granting the plaintiff reconsideration and/or reargument of the Court's Order of June 4, 2013 (Dkt 87) which granted certain portions of the defendants' motions to dismiss the First Amended Compliant in the instant action, and in place of the Order of June 4, 2013, an Order be issued and entered:

    a.    retaining those portions of the Order which denied relief as to Counts II and III;

    b.    vacating the grant of that prong of the defendants' motions which sought dismissal of Counts I, V and VIII - XI and reinstating same as to all defendants, including Cellco Partnership d/b/a Verizon Wireless, Verghese, Broomes, Velez, Pavlicek and Fiocco;

    c.    vacating the grant of relief as regards Counts II and III as to defendant Varghese; and,

    d.    for such other and further relief as the Court may find just, proper and equitable.

**PLEASE TAKE FURTHER NOTICE** that affirmative relief is not sought as to the counts against defendants Ajay Bhumitra, Shelly Bhumitra and Poonam Sawnhey, as the Honorable Court exercised its discretion to remand all counts against those defendants to the Supreme Court of the State of New York for the County of New York.

**PLEASE TAKE FURTHER NOTICE** that pursuant to L. Civ. R. 6.3, the time periods for the service of answering and reply memoranda, if any, shall be governed by L. Civ. R. 6.1(b).

Dated: New York, New York
       June 18, 2013

>                                  Respectfully submitted,
>                                  THE LAW FIRM OF RAVI BATRA, P.C.
>                                  *Attorneys for Plaintiff In Touch Concepts, Inc. d/b/a Zcom*
>
>                                  Ravi Batra, Esq. (RB4299)
>                                  142 Lexington Avenue
>                                  New York, NY 10016
>                                  (212) 545-1993
>                                  E-Mail: ravi@ravibatralaw.com

To (Via ECF):

Clerk of the Court
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Hon. P. Kevin Castel
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

Greenberg Traurig, LLP
*Attorneys for Cellco Partnership d/b/a Verizon Wireless,*
    *Ryan Broomes, Jorge Velez, Anthony Fiocco*
    *and Bruno Pavlicek*
200 Park Avenue
Florham Park, NJ 07932
(973) 360-7900

Pepper Hamilton LLP
*Attorneys for Thomas Varghese*
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
(215) 981-4000

Law Offices of David C. Berg
*Attorneys for Ajay Bhumitra*
425 Madison Avenue
New York, NY 10017
(212) 829-0400

Simon Lesser P.C.
*Attorneys for Shelly Bhumitra and Poonam Sawnhey*
420 Lexington Avenue
New York, NY 10170
(212) 599-5455

ITC\061813ReargueNOM