

Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
609.452.0808
Fax 609.452.1147

William Gibson
direct dial:  609.951.4141
direct fax:   866.422.3552
gibsonw@pepperlaw.com

December 2, 2013

**Via ECF**

Hon. P. Kevin Castel, U.S.D.J.
U.S. District Court for the Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:    InTouch Concepts, Inc. v. Verizon Communications Inc., et al.
              13-cv-01419 (PKC)

Dear Judge Castel:

    This Firm represents former defendant Tom Varghese in the above case.  We write regarding docket minute entry dated November 27, 2013 (Dkt. 100).  That minute entry provides that "Tom Verghese (sic) answer due 1/2/2014."  However, all claims against Mr. Varghese were dismissed in the Court's June 4, 2013 Memorandum and Order, as recognized in Your Honor's November 18, 2013 Memorandum and Order denying plaintiff's motion for reconsideration.  *See* Dkt. No. 93 ("The Memorandum and Order . . . granted in its entirety the motion to dismiss filed by Tom Varghese….").

    To avoid any possible confusion and to maintain a clear record, it is requested that the Court direct the Clerk to modify or re-issue the November 27, 2013 minute entry to reflect that Mr. Varghese is not required to file an answer, since all claims against him have been dismissed.

| Philadelphia | Boston | Washington, D.C. | Los Angeles | New York | Pittsburgh |
| Detroit | Berwyn | Harrisburg | Orange County | Princeton | Silicon Valley | Wilmington |

www.pepperlaw.com



Hon. P. Kevin Castel, U.S.D.J.
Page 2
December 2, 2013

        Thank you for your attention to this matter.

                      Respectfully,

                      /s William Gibson_____
                      Jeremy D. Frey (pro hac vice)
                      William Gibson (pro hac vice)

WG
cc:     All counsel of record (via ECF)

#22669311 v2