# Pepper Hamilton LLP
##### Attorneys at Law

Suite 400
301 Carnegie Center
Princeton, NJ 08543-5276
609.452.0808
Fax 609.452.1147

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: _12-3-13_

William Gibson
direct dial: 609.951.4141
direct fax: 866.422.3552
gibsonw@pepperlaw.com

**MEMO ENDORSED**

December 2, 2013

**Via ECF**

Hon. P. Kevin Castel, U.S.D.J.
U.S. District Court for the Southern District of New York
U.S. Courthouse
500 Pearl Street
New York, NY 10007

    Re:    InTouch Concepts, Inc. v. Verizon Communications Inc., et al.
           13-cv-01419 (PKC)

Dear Judge Castel:

      This Firm represents former defendant Tom Varghese in the above case. We write regarding docket minute entry dated November 27, 2013 (Dkt. 100). That minute entry provides that "Tom Verghese (sic) answer due 1/2/2014." However, all claims against Mr. Varghese were dismissed in the Court's June 4, 2013 Memorandum and Order, as recognized in Your Honor's November 18, 2013 Memorandum and Order denying plaintiff's motion for reconsideration. *See* Dkt. No. 93 ("The Memorandum and Order . . . granted in its entirety the motion to dismiss filed by Tom Varghese….").

      To avoid any possible confusion and to maintain a clear record, it is requested that the Court direct the Clerk to modify or re-issue the November 27, 2013 minute entry to reflect that Mr. Varghese is not required to file an answer, since all claims against him have been dismissed.

OK

*Application granted.
SO ORDERED
[signature] USDJ
12-2-13*

---

Philadelphia   Boston   Washington, D.C.   Los Angeles   New York   Pittsburgh
Detroit   Berwyn   Harrisburg   Orange County   Princeton   Silicon Valley   Wilmington

www.pepperlaw.com

Pepper Hamilton LLP
Attorneys at Law

Hon. P. Kevin Castel, U.S.D.J.
Page 2
December 2, 2013

       Thank you for your attention to this matter.

                Respectfully,

                /s William Gibson
                Jeremy D. Frey (pro hac vice)
                William Gibson (pro hac vice)

WG
cc:    All counsel of record (via ECF)

#22669311 v2