## DECLARATION OF SERVICE

Todd B. Sherman, an attorney duly admitted to practice law in the United States District Court for the Southern District of New York and in all courts of the State of New York, affirms the following under penalties of perjury, pursuant to 28 U.S.C. 1746(2), C.P.L.R. Rule 2106 and all laws of the United States of America and the State of New York:

On December 4, 2013, I served a true copy of the **INITIAL DISCLOSURES PURSUANT TO FED R. CIV. P. 26(a)(1) BY IN TOUCH CONCEPTS, INC d/b/a ZCOM**, on each of the following, via the United States Postal Service, within the State of New York, each in its own prepaid wrapper, addressed to Greenberg Traurig, LLP, Attorneys for Verizon Wireless, Ryan Broomes and Jorge Velez, at the last known address of each addressee as follows:

        Greenberg Traurig, LLP
        200 Park Avenue
        Florham Park, NJ 07932

No other parties are presently entitled to such service.

Dated: December 4, 2013
      New York, New York

_____
Todd B. Sherman (TS 4031)