USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/2/14

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN TOUCH CONCEPTS, INC.,

                Plaintiff,

-against-

CELLCO PARTNERSHIP d/b/a VERIZON
WIRELESS, et al.,

                Defendants.
-----------------------------------------------------------------x

13 Civ. 1419 (PKC)

ORDER

CASTEL, District Judge:

1. The discovery schedule set out in the Order of November 20, 2013 remains in place. The conference scheduled for January 10, 2014 is adjourned until May 16, 2014 at 2 p.m. Any premotion letters for a proposed summary judgment motion are due May 9, 2014.

2. Plaintiff may proceed with the motion described in its letter of December 31, 2013, which motion shall be filed no later than January 21, 2014. Defendants shall respond by January 31, 2014 and plaintiff may reply by February 10, 2014.

SO ORDERED.

Dated: New York, New York
      January 2, 2014

                                             P. Kevin Castel
                                      United States District Judge