

# THE LAW FIRM OF
# RAVI BATRA

**THE BATRA BUILDING**
**142 LEXINGTON AVE.**
**NEW YORK, NEW YORK 10016**
**212-545-1993**

RAVI@RAVIBATRALAW.COM
FAX: 212-545-0967

February 19, 2014

<u>Via ECF</u>
Hon. Debra Freeman
United States Magistrate Judge
United States District Court Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:    *In Touch Concepts, Inc. v. Cellco Partnership, et al*, 13 Civ. 1419 (PKC)

Dear Respected Judge Freeman:

    We represent Plaintiff In Touch Concepts, Inc., d/b/a ZCom.

    We write jointly on behalf of both parties to update Your Honor with respect to the proposal formulated by Verizon Wireless and refined by Your Honor at the February 5, 2014 telephonic status conference. The parties are still discussing the proposal, and respectfully request an additional two weeks to provide Your Honor with a further update.

                      Respectfully submitted,
                      THE LAW FIRM OF RAVI BATRA, P.C.
                      *Attorneys for In Touch Concepts, Inc.*
                      *d/b/a Zcom*

                      Ravi Batra (RB 4299)

cc (via ECF):
Philip R. Sellinger, Esq.

InTouchConcepts\0214014JFreemanstatusltr