

# THE LAW FIRM OF
# RAVI BATRA

| | |
|---|---|
| **THE BATRA BUILDING** | RAVI@RAVIBATRALAW.COM |
| **142 LEXINGTON AVE.** | FAX: 212-545-0967 |
| **NEW YORK, NEW YORK 10016** | |
| **212-545-1993** | |

March 10, 2014

**Via ECF**
Hon. Debra Freeman
United States Magistrate Judge
United States District Court Southern District of New York
500 Pearl Street
New York, NY 10007-1312

    Re:   *In Touch Concepts, Inc. v. Cellco Partnership, et al*, 13 Civ. 1419 (PKC)

Dear Respected Judge Freeman:

    We represent plaintiff In Touch Concepts d/b/a Zcom and write on behalf of all parties for the purposes of jointly updating Your Honor on the status of potential resolution of this matter.

    With Your Honor's guidance, the parties have continued to engage in promising, good faith discussions, which are ongoing. Accordingly we respectfully request the opportunity to again jointly update Your Honor in 2 weeks.

    We do however note that certain facets of the resolution, as are being discussed, may require some additional input and guidance from Your Honor. Accordingly, the parties may jointly seek another telephonic conference. When the parties have reached that point we will contact Your Honor's Chambers in an effort to schedule same.

                                         Respectfully submitted,
                                         THE LAW FIRM OF RAVI BATRA, P.C.
                                         *Attorneys for In Touch Concepts, Inc.*
                                                *d/b/a Zcom*

                                        /s/ *Ravi Batra*
                                        Ravi Batra (RB 4299)

cc (via ECF):
Philip R. Sellinger, Esq.

InTouchConcepts\030714JFreemanstatusltr