

Philip R. Sellinger
Tel (973) 360-7910
Fax (973) 301-8410
sellingerp@gtlaw.com

March 20, 2014

**VIA ECF**

The Honorable Debra Freeman
United States District Court for the
  Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   *In Touch Concepts, Inc. v. Cellco P'ship*
      **13 Civ. 1419 (PKC)**

Dear Magistrate Judge Freeman:

We write jointly on behalf of all parties and further to the parties' March 18, 2014 letter.  In that letter, we had sought Your Honor's approval of a proposed framework that would bring this case to resolution by means of a stipulation of dismissal.  That stipulation would dismiss all current claims and counterclaims without prejudice, but the parties did not intend to execute and file the document until after Judge Castel had ruled on a pending motion for reconsideration filed by Plaintiff.  The parties would like to schedule a brief call with Your Honor to confirm that the Court will "so order" the stipulation at the appropriate time, so that the parties can cease discovery that would otherwise be occurring.

Thank you for your courtesies.

Respectfully submitted,                         Respectfully submitted,

*/s/ Philip R. Sellinger*                       */s/ Ravi Batra*

PHILIP R. SELLINGER                             RAVI BATRA

cc:  All Counsel of Record (via ECF)
     The Honorable P. Kevin Castel (via ECF)

ALBANY
AMSTERDAM
ATLANTA
AUSTIN
BOSTON
CHICAGO
DALLAS
DELAWARE
DENVER
FORT LAUDERDALE
HOUSTON
LAS VEGAS
LONDON*
LOS ANGELES
MEXICO CITY+
MIAMI
MILAN**
NEW JERSEY
NEW YORK
ORANGE COUNTY
ORLANDO
PALM BEACH COUNTY
PHILADELPHIA
PHOENIX
ROME**
SACRAMENTO
SAN FRANCISCO
SHANGHAI
SILICON VALLEY
TALLAHASSEE
TAMPA
TYSONS CORNER
WASHINGTON, D.C.
WHITE PLAINS

*OPERATES AS GREENBERG
  TRAURIG MAHER LLP
+OPERATES AS GREENBERG
  TRAURIG, S.C.
**STRATEGIC ALLIANCE

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
MetLife Building, 200 Park Avenue ■ New York, New York 10166 ■ Tel 212.801.9200 ■ Fax 212.801.6400